UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALTUS GTS, Inc.** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | Civil Action No. 2:15-cv-00806 |
| v. ) | |
| ) | JUDGE:  BROWN |
| **ESP Receivables Management, LLC, and** ) | |
| **William J. Newton** ) | MAGISTRATE:  WILKINSON |
| ) | |
| **Defendants.** ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Altus GTS, Inc. ("Plaintiff") hereby gives notice of voluntary dismissal of Defendants ESP Receivables Management Group, LLC, and William J. Newton with prejudice.  As of the date of this filing, the Defendants have not served an answer or filed a responsive motion.

        Respectfully submitted,

        /s/ Warner J. Delaune/
        Warner J. Delaune (LA 20780)
        BAKER, DONELSON, BEARMAN,
        CALDWELL & BERKOWITZ, P.C.
        450 Laurel Street
        Chase North Tower, Floor 20
        Baton Rouge, Louisiana 70801
        Telephone: (225) 381-7000
        Facsimile: (225) 382-0232
        Email: wdelaune@bakerdonelson.com

        ATTORNEYS FOR PLAINTIFF
        ALTUS GTS, INC.

- 2 -

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this the 15th day of June, 2015, I will electronically file the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all counsel of record who are CM/ECF participants. I further certify that I will email the foregoing to acting counsel for all defendants.

    __/s/  Warner J. Delaune_____